RECEIVED

NOV - 3 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| STACY MICHAEL MEAUX | CIVIL ACTION NO. 6:15-cv-2165 |
| VS. | JUDGE REBECCA F. DOHERTY |
| THE UNITED STATES GOVERNMENT | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, Lafayette, Louisiana, on this 3 day of November, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE